[48 NE3d 960, 28 NYS3d 679]

Nancy Cruz, Respondent, v Bronx Lebanon Hospital Center,
Appellant.

Decided March 24, 2016

### APPEARANCES OF COUNSEL

*Mauro Lilling Naparty LLP*, Woodbury (*Caryn L. Lilling* of counsel), for appellant.

*Burns & Harris*, New York City (*Blake G. Goldfarb* and *Judith F. Stempler* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. The Appellate Division correctly determined that legally sufficient evidence supported the jury's finding that defendant had constructive notice of the alleged defect.

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Stein, Fahey and Garcia. Taking no part: Judge Abdus-Salaam.